# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK A. NIXON,** | : | **CIVIL ACTION NO. 1:10-CV-2438** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SHIRLEY R. MOORE - SECRETARY OF PA D.O.C., et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of January, 2011, upon consideration of plaintiff's motions for a temporary restraining order (Doc. 8), and to dispense with the requirement of security (Doc. 10), and it appearing that this matter was dismissed on November 30, 2010, pursuant to 42 U.S.C. § 1947e(a), without prejudice to plaintiff's right to file a new action upon completion of administrative review, it is hereby ORDERED that the motions (Docs. 8, 10) are DENIED.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge