# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK A. NIXON,** | : | **CIVIL ACTION NO. 1:10-CV-2438** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SHIRLEY R. MOORE - SECRETARY OF PA D.O.C., et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of June, 2011, upon consideration of plaintiff's "address to court" (Doc. 15), docketed as a "Motion to Compel and Motion to Appoint Counsel" in which he seeks to compel defendants to return his amended complaint, which was allegedly confiscated, so that he may file it in this action, and it appearing that this matter was dismissed on November 30, 2010, pursuant to 42 U.S.C. § 1947e(a), without prejudice to plaintiff's right to file a new action upon completion of administrative review, and the matter was closed, it is hereby ordered that plaintiff's motion to compel and to appoint counsel (Doc. 15) is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge